# VAL MANDEL, P.C.

**Val Mandel**
**Member of NY, NJ and DC Bars**
e-mail:   vm@valmandelpc.com

**Eric Wertheim**
**Member of NY and NJ Bars**
e-mail:   ew@valmandelpc.com

**Daniel Akselrod**
**Member of NY Bar**
e-mail:   da@valmandelpc.com

40 Exchange Place, Suite 1203
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701
www.valmandelpc.com

December 11, 2018

<u>VIA ECF</u>
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
Chambers 1217, Courtroom 13-D
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **<u>Pavel Pogodin and Alexander Prokhorov v. Cryptorion Inc., et al.</u>**
       **<u>Docket No. 18 Civ. 791</u>**

Dear Magistrate Judge Gold:

We represent Pavel Pogodin and Alexander Prokhorov, the plaintiffs in this matter. At a status conference on November 30, 2018, Defendant Zurab Tsitsuashvili represented that an attorney had been retained for himself and for the corporate Defendant Cryptorion, Inc.  Mr. Tsitsuashvili stated that the attorney did not attend the conference because he was busy with something else that day.

To date, no attorney has appeared for Mr. Tsitsuashvili and Cryptorion, Inc. If Mr. Tsitsuashvili wants to proceed *pro se* and allow a default judgment to be entered against the corporate defendant for lack of counsel, we have no objections.

However, we want to confirm that, absent the appearance of an attorney, Mr. Tsitsuashvili is proceeding *pro se* and that we should serve upon him our Rule 26(a)(1) disclosure, which is due on December 14, 2018, and any other papers, and communicate with him directly.

Honorable Steven M. Gold
December 11, 2018
Page 2

Therefore, we respectfully request that the Court "so order" this letter or enter an order to the effect that Mr. Tsitsuashvili is proceeding *pro se* until such time as an attorney appears in the action on his behalf.

      Respectfully submitted,

      */s/ Daniel Akselrod*
      Daniel Akselrod

DA/st

cc: Mr. Zurab Tsitsuashvili (via e-mail and regular mail)
   Peter Adelman, Esq., attorney for Defendant Zvi Ben-Zvi (via ECF and e-mail)