UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| PAVEL POGODIN AND ALEXANDER PROKHOROV,<br><br>                         Plaintiffs,<br><br>- against -<br><br>CRYPTORION INC., ZURAB TSITSUASHVILI A/K/A ZURAB ASHVIL, AND ZVI BEN-ZVI,<br><br>                         Defendants. | 18 CIV. 791(ENV)(SMG)<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR: (I) SANCTIONS AGAINST DEFENDANT ZURAB TSITSUASHVILI PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 37; AND (II) FOR DISCLOSURE OF DEFENDANT ZURAB TSITSUASHVILI'S PERSONAL INCOME TAX RETURNS AND OTHER PERSONAL FINANCIAL RECORDS FOR THE YEARS 2017 AND 2018** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ZURAB TSITSUASHVILI,

                Third-Party Plaintiff,

        - against –

GIVI TOPCHISHVILI,

                Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that, upon the Declaration of Daniel Akselrod in Support of Plaintiffs' Motion for: (i) sanctions against Defendant Zurab Tsitsuashvili pursuant to Federal Rules of Civil Procedure 37; and (ii) for disclosure of Defendant Zurab Tsitsuashvili's personal income tax returns for the years 2017 and 2018 (the "Motion") and the exhibits thereto; the Declaration of Eric Wertheim in Support of the Motion, dated November 11, 2019, and the exhibits thereto; the Declaration of Daniel Akselrod in Support of the Motion, dated November 11, 2019, and the exhibits thereto; and the Memorandum of Law in Support of the Motion, Plaintiffs, Pavel Pogodin and Alexander Prokhorov, will move this Court, before the Honorable Steven M. Gold, at the United States District Court, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order entering sanctions against Defendant Zurab Tsitsuashvili pursuant to Federal Rules of Civil Procedure 37 and directing Defendant Zurab Tsitsuashvili to produce personal income tax returns other personal financial records for the years 2017 and 2018, including bank statements and cryptocurrency "wallet" records for the years 2017 and 2018.

Dated: New York, New York
      November 11, 2019	VAL MANDEL, P.C.
                                    40 Exchange Place, Suite 1203
                                    New York, NY 10005
                                    (212)668-1700
                                    *Attorneys for Plaintiff*

                                    By: *s/ Daniel Akselrod*
                                          Daniel Akselrod

To:    Jason Lowe, Esq.
         Sarfaty and Associates, P.C.
         1 North Sherry Lane
         Wesley Hills, NY 10977

         Peter Adelman, Esq.
         The Law Offices of Peter Adelman, LLC
         95 Sixth Avenue
         Brooklyn, NY 11217