```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PAVEL POGODIN and
ALEXANDER PROKHOROV,
                                                                    JUDGMENT
                                                                    18-CV-791 (ENV) (SMG)

                            Plaintiffs,

        v.

CRYPTORION INC., ZURAB TSITSUASHVILI
a/k/a ZURAB ASHVIL, and ZVI BEN-ZVI,

                            Defendants.
----------------------------------------------------------------X
```

An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on October 13, 2020, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 17, 2020, granting plaintiffs' motions for default judgment and awarding damages to plaintiffs as follows: a. Cryptorion and Tsitsuashvili be held jointly and severally liable for $1,000,000; b. Cryptorion and Tsitsuashvili be held jointly and severally liable for interest on the amount due at the rate of 9% per year, from the service of the Notice of Default on defendants on January 16, 2018, until the date of the final and complete payment of the outstanding amount and all required interest; c. Cryptorion be held liable for $38,894 in attorneys' fees; and d. Cryptorion and Tsitsuashvili be held jointly and severally liable for $1,126.45 in costs; it is

ORDERED and ADJUDGED that plaintiffs' motions for default judgment are granted; and that plaintiffs are awarded damages as follows: a. Cryptorion and Tsitsuashvili are held jointly and severally liable for $1,000,000; b. Cryptorion and Tsitsuashvili are held jointly and severally liable for interest on the amount due at the rate of 9% per year, from the service of the

Notice of Default on defendants on January 16, 2018, until the date of the final and complete payment of the outstanding amount and all required interest; c. Cryptorion are held liable for $38,894 in attorneys' fees; and d. Cryptorion and Tsitsuashvili are held jointly and severally liable for $1,126.45 in costs

Dated: Brooklyn, New York　　　　　　　　　　　　　Douglas C. Palmer
　　　　October 14, 2020　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk