

# VAL MANDEL, P.C.

**Val Mandel**
**Member of NY, NJ and DC Bars**
e-mail:   vm@valmandelpc.com

**Eric Wertheim**
**Member of NY and NJ Bars**
e-mail:   ew@valmandelpc.com

**Daniel Akselrod**
**Member of NY and NJ Bars**
e-mail:   da@valmandelpc.com

40 Exchange Place, Suite 1203
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701
www.valmandelpc.com

December 22, 2020

*VIA ECF*
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
Chambers 1217, Courtroom 13-D
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Pavel Pogodin and Alexander Prokhorov v. Cryptorion Inc., et al.
Docket No. 18 Civ. 791**

Dear Magistrate Judge Gold:

We represent the Plaintiffs. We are writing pursuant to Your Honor's directions to report the status of the Plaintiffs' case as to the remaining Defendant Zvi Ben-Zvi.

We are glad to report that Plaintiffs and Defendant Ben-Zvi have reached a settlement agreement in principle and are currently finalizing the Settlement Agreement, which we expect will be executed in the next week. Upon execution, we will file the Stipulation of Discontinuance as to Defendant Ben-Zvi.

                Respectfully submitted,

                *s/Daniel Akselrod*
                Daniel Akselrod

DA/st

cc:   Peter Adelman, Esq. (via ECF)
      Andrew Borsen, Esq. (via ECF)