UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PAVEL POGODIN AND ALEXANDER
PROKHOROV,

                    Plaintiffs,

        - against -

CRYPTORION, INC. ZURAB TSITSUASHVILI,
AND ZVI BEN-ZVI,

                    Defendants.
-----------------------------------------------------------------x

Civil Action No. 18-cv-791(ENV)(SMG)

**<u>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that all remaining claims and crossclaims in the above-captioned action are voluntarily dismissed with prejudice against defendant ZVI BEN-ZVI and crossclaim defendant ZURAB TSITSUASHVILI pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

VAL MANDEL, P.C.
40 Exchange Place, Suite 1203
New York, NY 10005
(212) 668-1700

By: _____
    Daniel Akselrod, Esq.

*Attorneys for Plaintiffs*

THE LAW OFFICES OF PETER ADELMAN, LLC
95 Sixth Avenue
Brooklyn, NY 11217
(718) 783-3500

By: _____
    Peter Adelman, Esq.

*Attorneys for Defendant and Crossclaim Plaintiff Zvi Ben-Zvi*

BORSEN LAW, LLC
228 Park Avenue, # 98207
New York, NY 10003
(212) 774-7717

By: _____
    Andrew Borsen, Esq.

*Attorneys for Third-Party Defendant Givi Topchishvili*